# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARIO MARIN SALAZAR, | ) | 3:13-CV-0439-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 18, 2014 |
| | ) | |
| LISA WALSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to provide copies of the complaint and docket sheet due to plaintiff's indigency (#20). No opposition was filed.

Plaintiff claims that during his transfer to High Desert State Prison ("HDSP") his original complaint "went missing." *Id.* Plaintiff is reminded that it is not the court's obligation to provide litigants, even indigent ones, with copy services. Nevertheless, in the interest of proceeding with this action in a timely fashion, the court will order the Clerk to **MAIL** to the plaintiff one copy of the complaint and accompanying exhibits (#5), one copy of the court's screening order (#3), and one copy of the docket sheet.

Plaintiff is reminded that the court will <u>not</u> order for copying of any documents in the future. Because plaintiff is now incarcerated at HDSP where electronic filing is not currently available, plaintiff is required to make copies at his own expense prior to filing. Moreover, plaintiff shall serve upon opposing counsel a copy of every pleading, motion or other documents submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a copy of the document was mailed to opposing counsel.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/     
Deputy Clerk